STATE OF NEW JERSEY v. WILLIAM P. LAMBE.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN B. HAYES.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RICKY MALONE.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE WALTER FRANK, JR.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD NICHOLAS.

April 19, 1989.

Petition for certification denied.